IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:10-cr-49-6 |
| | ) | |
| v. | ) | **NOTICE REGARDING PRIOR** |
| | ) | **CONVICTIONS FOR ENHANCED** |
| JODY ANN CAMPBELL, | ) | **SENTENCE PURSUANT TO** |
| | ) | **21 U.S.C. § 851(a)(1)** |
| Defendant. | ) | |

The United States of America, by Lynn C. Jordheim, Acting United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a), hereby provides notice of a previous conviction that the United States will rely upon at sentencing to enhance the minimum mandatory sentences applicable under Title 21, United States Code, Section 841(b)(1), if the Defendant is convicted or pleads guilty.

Attached and incorporated into this Notice are certified copies of the documents relating to the prior conviction of Jody Ann Campbell, a/k/a Jody Ann Larson, for a felony drug offense as defined in Title 21, United States Code, Section 802(44).

The prior convictions are:

**Possession of a Controlled Substance (Methamphetamine)/Possessioin of Drug Paraphernalia**

Court File No. 35-06-K-00281/00283 in Pierce County District Court, State of North Dakota, felonies under North Dakota law; said Criminal Judgment entered on March 28, 2007.  (Exhibit 1)

**Possession of Cocaine with Intent to Deliver/Possession of Drug Paraphernalia**

Court File No. 08-06-K-0138 in Burleigh County District Court, State of North Dakota, felonies under North Dakota law; said Criminal Judgment entered on February 21, 2007.  (Exhibit 2)

**Conspiracy to Possess with Intent to Deliver Cocaine**

Court File No. C16-89 in Grand Forks County District Court, State of North Dakota, a felony under North Dakota law; said Criminal Judgment and Commitment entered on April 9, 1990.  (Exhibit 3)

In the Indictment the Defendant is alleged to have knowingly and intentionally combined, conspired, confederated, and agreed together with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute in excess of 500 grams of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Section 841(b)(1)(A), if convicted of the Indictment, the Defendant faces a minimum mandatory 10-year sentence.  The statute further reads:

> If any person commits a violation of this subparagraph . . . after two or more prior convictions for a felony drug offense have become final, such person shall be sentenced to a mandatory term of life imprisonment without release and fined in accordance with the preceding sentence.  [. . . not to exceed the greater of twice that authorized in accordance with

the provisions of Title 18, or $8,000,000 if the defendant is an individual . . .]

Therefore, the United States respectfully submits that upon conviction of Indictment, Jody Ann Campbell, Jody Ann Larson is subject to the mandatory penalty of life imprisonment, and a fine of $8,000,000 pursuant to 21 U.S.C. § 841(b)(1)(A)(viii).

Dated April 29, 2010.

> LYNN C. JORDHEIM
> Acting United States Attorney
>
> By: /s/_____
> CHRISTOPHER C. MYERS
> Assistant United States Attorney
> Quentin N. Burdick United States Courthouse
> 655 First Avenue North - Suite 250
> Fargo, ND  58102-4932
> (701) 297-7400
> N.D. Bar Board ID No. 05317
> Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Criminal No.  3:10-cr-49-6 <br> Plaintiff, ) <br> ) CERTIFICATE OF SERVICE <br> v. ) <br> ) <br> JODY ANN CAMPBELL, ) <br> ) <br> Defendant. ) | |

I hereby certify that on May 10, 2010, the following document:

**NOTICE REGARDING PRIOR CONVICTIONS FOR ENHANCED SENTENCE PURSUANT TO 21 U.S.C. § 851(a)(1)**

was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Joel F. Arnason**
jfamoose@gra.midco.net,lauriem@rahlawyers.com

**Reid W. Brandborg**
reid@brandborglaw.com

**Daniel E. Gast**
Dan@redriverlaw.com

**Michael R. Hoffman**
hoffmanmike@yahoo.com,pkthurn@yahoo.com

**Joe A. Johnson**
joeajohnson@integra.net,dianajon@integra.net

**Johnathan R. Judd**
johnathan@aalandlaw.com

**Tatum O'Brien Lindbo**
tol@kennellylaw.com

**Lorelle A. Moeckel**
lorellem@lpllaw.net,tracyt@lpllaw.net

**Steven D. Mottinger**
pjohnson@jrmlawfirm.com,kwinkler@jrmlawfirm.com

**Russell J. Myhre**
mloffice3@qwest.net

**Theodore T. Sandberg**
tsandberg@gfndlaw.com

**Charles A. Stock**
cstock@crookstonlaw.com

**Brian P. Toay**
btoay@woldlaw.com

**Stormy R. Vickers**
stormy.vickers@gmail.com


Dated: May 10, 2010.                /s/_____
                                    LORI E. DALY
                                    Office of United States Attorney