PROB 35
(Rev. 12/00)

# United States District Court
# District of North Dakota

### Report and Order Terminating Supervised Release
### Prior to Original Expiration Date

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 3:10CR00049-6 |
| | ) | |
| Jody Ann Campbell | ) | |

On 1/10/2011, the above-named was sentenced to 72 months imprisonment and 3 Years supervision. Jody Ann Campbell term of supervision began on 8/26/2014. The defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that the defendant be discharged from supervision.

Respectfully,

/s/ Heather Klemetson          10/13/2016
U.S. Probation Officer
Place: Fargo

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated this 13th day of October, 2016.

Ralph R. Erickson
U.S. District Court Judge

# SPECIAL REPORT TO THE COURT

## United States of America vs. Jody Ann Campbell
## Docket No.: 3:10CR00049-6

Jody Ann Campbell was sentenced in U.S. District Court on January 10, 2011, by the Honorable Ralph R. Erickson. Ms. Campbell was sentenced to 72 months imprisonment and 36 months supervised release after she entered a plea of guilty to a one-count indictment charging her with Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, in violation of 21 U.S.C. § 846. Ms. Campbell's supervised release was subject to the standard conditions of supervision, as well as special conditions including substance abuse treatment as directed by the supervising probation officer, search condition, drug testing, financial disclosure, and RRC placement if deemed necessary by USPO.

Ms. Campbell began her term of supervised release on August 26, 2014. She has maintained the same full time job and residence in Fargo, ND for the past two years. Ms. Campbell has not had any violations of her supervision conditions. She successfully completed the random drug testing program without any positive tests. She submits her monthly reports on time and reports for all scheduled probation appointments. She has maintained a positive attitude throughout supervision and her commitment to change is clearly demonstrated through her actions.

Ms. Campbell has satisfied the special conditions of supervision. She was not ordered to pay fines or restitution. I recently had contact with Ms. Campbell at her residence on September 22, 2016, and there were no issues or violations noted. AUSA Chris Myers does not have any objections to early termination from supervision.

I have attached a Prob 35 Form, Report and Order Terminating Supervised Release Prior to the Original Expiration Date, provided the Court agrees with the recommendation.

    Respectfully submitted,

    Heather Klemetson
    United States Probation Officer
    October 12, 2016